UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON JAUN CORNELIOUS,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>ROSEANNE CAMPBELL,<br><br>　　　　　Respondent.<br>_____/ | 1:06-cv-01500 OWW TAG  (HC)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS<br><br>(Doc. 15) |

　　　On March 24, 2008, Petitioner filed a motion for 30-day extension of time to file an opposition to Respondent's motion to dismiss the instant petition for writ of habeas corpus. (Doc. 15). The Court has considered Petitioner's motion, finds that good cause exists to grant it, and makes the following order:

　　　1. Petitioner's motion for an extension of time to file an opposition to Respondent's motion to dismiss is GRANTED; and

　　　2. Petitioner shall have to and including April 28, 2008 to file an opposition.

　　　Petitioner is advised that failure to comply with this order may result in an order dismissing the petition for writ of habeas corpus.

IT IS SO ORDERED.

Dated:   **March 28, 2008**　　　　　　　　　　　　　　　**/s/ Theresa A. Goldner**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE